JS-6/ENTER

FILED
SEP 2 2 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE REYES, ) | Case No. CV 08-4889-MLG |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| LINDA SANDERS, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: September 22, 2008

_____
Marc L. Goldman
United States Magistrate Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY